IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00493-BNB

GLENN J. SCHULTZ,

    Plaintiff,

v.

U.S. GOVT.,
COLORADO STATE GOVT.,
CITY AND COUNTY OF DENVER VARIOUS GOVT., and
STATE, CITY AGENCIES,

    Defendants.

___

ORDER OF DISMISSAL

___

    Plaintiff, Glenn J. Schultz, currently resides in Denver, Colorado. Mr. Schultz, acting *pro se*, initiated this action by filing a Complaint. After review, Magistrate Judge Boyd N. Boland determined that Mr. Schultz failed to comply with the requirements of Fed. R. Civ. P. 8. Magistrate Judge Boland found that the Complaint is unintelligible and fails to set forth a short and plain statement of Mr. Schultz's claims showing that he is entitled to relief and to identify the proper jurisdiction for his claims. Magistrate Judge Boland directed Mr. Schultz to file an Amended Complaint. Mr. Schultz was given thirty days to file the Amended Complaint. Mr. Schultz now has failed to communicate with the Court within the time allowed and has failed to file the Amended Complaint.

    The Court finds that Magistrate Judge Boland correctly instructed Mr. Schultz to file an Amended Complaint that complies with Rule 8. Because Mr. Schultz has failed to file an Amended Complaint within the time allowed the action will be dismissed.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Schultz files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to file an Amended Complaint and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  9th  day of    May    , 2013.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court