IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00493-LTB

GLENN J. SCHULTZ,

    Plaintiff,

v.

U.S. GOVT.,
COLORADO STATE GOVT.,
CITY AND COUNTY OF DENVER VARIOUS GOVT., and
STATE, CITY AGENCIES,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 9, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 9 day of May, 2013.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/ J. Hawkins
                        Deputy Clerk